**Order Entered September 18, 2015.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01223-CV

## MICHAEL MORFORD, INDIVIDUALLY, D/B/A NEMAHA WATER SERVICES, GEFFREY ARNOLD MCFALLS, INDIVIDUALLY D/B/A NEMAHA WATER SERVICES, NEMAHA WATER SERVICES, LP, NEMAHA WATER SERVICES GP, LLC, NEMAHA WATER SERVICES OK-1702, LLC, AND NEMAHA SERVICES HOLDING COMPANY, LLC, Appellants
## V.
## ESPOSITO SECURITIES, LLC, Appellee

On Appeal from the 44th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-14-05795

## ORDER

Before Justices Fillmore, Stoddart, and Whitehill

In accordance with the Court's opinion issued this date, the petition for writ of mandamus is conditionally **GRANTED**. The Court **ORDERS** the trial judge, the Honorable Bonnie Lee Goldstein, Judge of the 44th Judicial District Court, to **VACATE** the August 28, 2014 "Order Granting Plaintiff's Motion to Compel Arbitration."

Should the trial judge fail to comply with this order, the writ will issue. The Court **ORDERS** the trial judge to file with this Court, **within thirty (30) days of the date of this order**, a certified copy of its order issued in compliance with this order.

/s/    CRAIG STODDART
JUSTICE